UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 97-2439-CIV-King/Garber

NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD, a Connecticut corporation,

     Plaintiff,

v.

FORTUNE CONSTRUCTION COMPANY,
a Florida corporation,

     Defendant.

_____/

## ORDER

THIS CAUSE has been referred to the undersigned by United States District Judge James Lawrence King.  Pursuant to such reference the Court has received the plaintiff's Motion for Fees and Costs and defendant's response in opposition.  The Court notes that this cause is presently on appeal in the Eleventh Circuit Court of Appeals.

Upon due consideration, it is hereby

ORDERED that plaintiff's Motion for Fees and Costs is DENIED WITHOUT PREJUDICE and may be resubmitted upon the conclusion of the pending appeal.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of March, 2007.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE